NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1554

DOUGLAS M. FARRAGO,

Plaintiff-Appellant,

v.

RAWLINGS SPORTING GOODS COMPANY, INC.,

Defendant-Appellee.

Paul A. Lesko, SimmonsCooper LLC, of East Alton, Illinois, argued for plaintiff-appellant. With him on the brief were Jo Anna Pollock, and Stephen C. Smith.

Sandra J. Wunderlich, Stinson Morrison Hecker LLP, of St. Louis, Missouri, argued for defendant-appellee. With her on the brief was Penny R. Slicer, of Kansas City, Missouri.

Appealed from: United States District Court for the Eastern District of Missouri

Chief Judge Carol E. Jackson

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1554

DOUGLAS M. FARRAGO,

Plaintiff-Appellant,

v.

RAWLINGS SPORTING GOODS COMPANY, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the     United States District Court
for the Eastern District of Missouri

in CASE NO(S).        4:06-CV-958.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, LOURIE, and GAJARSA, <u>Circuit Judges</u> )

<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>May 7, 2009</u>          <u>/s/ Jan Horbaly</u>
                    Jan Horbaly, Clerk